THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
TALEN ENERGY MARKETING, LLC             :
                                        :       CIVIL ACTION
                    Plaintiff,          :
   v.                                   :       NO. 19-4303
                                        :
ALUMINUM SHAPES, LLC,                   :
                                        :
                    Defendant.          :
_____ :

## ORDER

**AND NOW**, this 28th day of August, 2020, upon consideration of Plaintiff Talen Energy Marketing, LLC's Motion for Summary Judgment (ECF No. 34) filed July 22, 2020, **IT IS ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment as to Count I – Breach of Contract is **GRANTED**.

2. The judgment shall encompass the principal of $1,066,719.02 as well as interest in accordance with the terms of the subject contract, collection costs, and attorneys' fees.

3. Plaintiff shall submit a post-judgment motion for assessment of interest in accordance with the terms of the subject contract, collection costs, and attorney's fees on or before *September 14, 2020*.

4. Defendant shall file any response to the post-judgment motion within fourteen (14) days after service of the motion.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge