THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TALEN ENERGY MARKETING, LLC : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 19-4303 |
| : | |
| ALUMINUM SHAPES, LLC, : | |
| : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 2nd day of February, 2021, Plaintiff Talen Energy Marketing, LLC's Motion to Mold Judgment to Include Attorney's Fees and Expenses, Pre-Judgment Interest, and Post-Judgment Interest (ECF No. 39); Plaintiff's Brief in Support of its Motion (ECF No. 39-2); and Defendant Aluminum Shapes, LLC's Response to Plaintiff's Motion to Mold Judgment (ECF No. 40), **IT IS ORDERED** that the Motion is **GRANTED**, in part, and **DENIED**, in part, as described in the accompanying memorandum.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED IN FAVOR** of Plaintiff Talen Energy Marketing, LLC and against Defendant, Aluminum Shapes, LLC in accordance with Federal Rule of Civil Procedure 58(a). Specifically, Defendant is **ORDERED** to pay Plaintiff: the principal amount of $1,066,719.02, attorney's fees in the amount of $31,799.50; expenses in the amount of $1,740.40; pre-judgment interest in the amount of $457,488.59; and post-judgment interest at the rate of 0.06% on 1,524,207.61, to be computed daily and compounded annually, until the judgment is paid in full pursuant to 28 U.S.C. § 1961.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE